IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLES EDWARD LINTON,

Defendant.

CR 20–39–BLG–DLC–TJC

ORDER

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 92.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Defendant Charles Edward Linton's admissions at the hearing, that he violated the following conditions of supervised

release: (1) Defendant violated the condition of supervised release that he must participate in substance abuse testing, as alleged in Violation No. 1 and (2) Defendant violated the condition of supervised release that he must refrain from any unlawful use of a controlled substance, as alleged in Violation No. 2. (Docs. 81, 92 at 6.)

Judge Cavan recommends that this Court revoke Linton's supervised release and sentence him to a custodial sentence of 6 months with no supervised release to follow. (Doc. 92 at 6.) The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 92) is ADOPTED in full.

Linton shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 23rd day of September, 2026.

Dana L. Christensen, District Judge
United States District Court